TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00067-CR

J. W. Berry, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NO. 99-3447-1, HONORABLE ROBERT F. B. (SKIP) MORSE, JUDGE PRESIDING

PER CURIAM

Appellant J. W. Berry moves to dismiss this appeal. The motion to dismiss is not
signed by appellant as required by rule. See Tex. R. App. P. 42.2(a). The motion is
accompanied, however, by the record of appellant's appearance in open court at which he
personally stated that he did not wish to pursue the appeal. Under the circumstances, we are
satisfied that it is appellant's personal desire to waive the appeal.

Appellant's motion to dismiss this appeal is granted. The appeal is dismissed.

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 2, 2000

Do Not Publish